# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>CERRITOS TC PROPERTY, LLC, a Delaware limited liability company; and Does 1-10,<br><br>             Defendants. | Case No.: 2:22-cv-03230-PA-PD<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  May 12, 2022<br>Trial Date:     Not on Calendar |

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendant Cerritos TC Property, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: September 21, 2022

Percy Anderson
United States District Judge